STATE of Missouri, Respondent,

v.

**Warren PORTER, Appellant.**

No. 51544.

Missouri Court of Appeals, Eastern District, Division Six.

Jan. 27, 1987.

**900**

Janet M. Thompson, Office of State Public Defender, Columbia, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for sexual abuse, first degree, in violation of § 566.100, RSMo 1978.

Judgment affirmed. Rule 30.25(b).